JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ORLANDO GARCIA, | |
| Plaintiff, | Case No. CV 20-08512-VAP (AFMx) |
| v. | **ORDER OF DISMISSAL** |
| BAS PROPERTIES, LLC, et al., | |
| Defendants. | |

The Court having been advised by counsel for the parties that the above-entitled action has settled,

IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: October 15, 2020

_____
VIRGINIA A. PHILLIPS
United States District Judge